UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Andrew FloydDocket No. 5:19-CR-345-1FL

## Petition for Action on Probation

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Andrew Floyd, who, upon an earlier plea of guilty to 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 18 U.S.C § 2, Possession with Intent to Distribute Cocaine and Aiding and Abetting; 21 U.S.C. § 860(a) and 18 U.S.C § 2, Possession with Intent to Distribute Cocaine within 1,000 feet of a School and Aiding and Abetting, was sentenced by the Honorable Gerald Austin McHugh, United States District Judge in the Eastern District of Pennsylvania, on October 23, 2018, to 72 months probation under the conditions adopted by the court. As a condition of probation, the court ordered that the first 2 years be served under home confinement.

On July 25, 2019, jurisdiction was transferred from the Eastern District of Pennsylvania to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 24, 2014 the defendant was placed on pretrial supervision with the condition of a curfew with electronic monitoring. During the 4 year term of pretrial supervision, the defendant complied fully with no violation of this condition. During the term of probation that commenced October 23, 2018, the defendant has complied fully with the home confinement condition. Therefore, it is respectfully requested that the court remit the remaining balance of home confinement with location monitoring.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The remaining term of home confinement with Location Monitoring is hereby remitted.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2540<br>Executed On: September 3, 2019 |

## ORDER OF THE COURT

Considered and ordered this __4th__ day of __September__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
United States District Judge